UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REIKO ASO FOR AN ORDER PURSUANT TO 28 USC § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:19-mc-00190-JGK-JLC  **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Respondent Takeo Aso, by and through their undersigned counsel of record, hereby appeal to the United States Court of Appeals for the Second Circuit from that portion of the order entered in this proceeding on June 3, 2019 (ECF No. 24) granting Petitioner's 28 U.S.C. § 1782 petition to take discovery from AllianceBernstein L.P., Citibank, N.A., JPMorgan Chase Bank, N.A., Bank of America, N.A., and Newport Group, Inc..

Dated:  New York, New York
        June 7, 2019

Respectfully submitted,

_____
Brian L. Grossman
**SHIPKEVICH PLLC**
165 Broadway, STE 2300
New York, New York 10006
Telephone:    (212) 252-3003
bgrossman@shipkevich.com
*Attorneys for Respondent*