USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/01/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE APPLICATION OF REIKO ASO FOR :   **ORDER**
AN ORDER PURSUANT TO :
28 U.S.C. § 1782 TO CONDUCT :   19 MC 190 (JGK) (JLC)
DISCOVERY FOR USE IN FOREIGN :
PROCEEDINGS. :
:
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court will hold a conference on **July 8 at 11:30 a.m.** in Courtroom 21-D, 500 Pearl Street, New York, NY to address the parties' recent correspondence to the Court (Dkt. Nos. 36 and 37) and the issues raised therein, to discuss petitioner's request to serve additional subpoenas on other entities, and to set a motion schedule, if necessary, to address this new request. **By July 3**,[1] petitioner is directed (1) to identify, by letter to the Court, all additional entities on which she would like to serve subpoenas, (2) to propose a briefing schedule for any new application, following a meet-and-confer with respondent, and (3) to explain why additional motion practice will be necessary in light of the Court's prior decision.

    **SO ORDERED.**

Dated: New York, New York
       July 1, 2019

                                        JAMES L. COTT
                                        United States Magistrate Judge

---

[1] For counsel's information, the Court is closed on July 4 and 5.

1